UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO, ET AL., | No. 2:06-cv-01612-MCE-JFM |
| Plaintiffs, | |
| v. | **RELATED CASE ORDER** |
| GREYHOUND LINES, INC., ET AL., | |
| Defendants. | |
| DUNBAR AITKENS, | No. 2:06-cv-02077-MCE-DAD |
| Plaintiff, | |
| v. | |
| GREYHOUND LINES, INC., ET AL., | |
| Defendants. | |
| JANICE KUESTER, ET AL., | No. 2:07-cv-00398-MCE-DAD |
| Plaintiffs, | |
| v. | |
| GREYHOUND LINES, INC., ET AL., | |
| Defendants. | |

1

```
 1  YVONNE A. LA CLAIRE,              No. 2:07-cv-00989-MCE-DAD
 2           Plaintiff,
 3       v.
 4  GREYHOUND LINES, INC.,
    ET AL.,
 5
             Defendants.
 6  _____/
 7  SADIA PUDO AWOK, ET AL.,          No. 2:07-cv-01231-MCE-JFM
 8           Plaintiff,
 9       v.
10  GREYHOUND LINES, INC.,
    ET AL.,
11
             Defendants.
12  _____/
```

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

1  IT IS THEREFORE ORDERED that the actions denominated
2 No. 2:06-cv-01612-MCE-JFM, <u>Maria Soto, et al. v. Greyhound Lines,</u>
3 <u>Inc., et al.</u>, and No. 2:07-cv-01231-MCE-JFM, <u>Sadia Pudo Awok, et</u>
4 <u>al. v. Greyhound Lines, Inc., et al</u>. are reassigned to Judge
5 Morrison C. England, Jr. and Judge Dale A. Drozd for all further
6 proceedings, and any dates currently set in these reassigned
7 cases <u>only</u> are hereby VACATED.  The parties are referred to the
8 attached Order Requiring Joint Status Report.  Henceforth, the
9 caption on documents filed in the reassigned cases shall be shown
10 as, 2:06-cv-01612-MCE-DAD and No. 2:07-cv-01231-MCE-DAD.
11  IT IS FURTHER ORDERED that the Clerk of the Court make
12 appropriate adjustment in the assignment of civil cases to
13 compensate for these reassignments.
14  IT IS SO ORDERED.
15 Dated: July 10, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE